**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Reginald M. Gilliam, Appellant,

v.

Greenwood Professional Investigations, Inc. and Mr. Ronnie McAllister, Respondents.

Appellate Case No. 2011-194292

Appeal From Greenwood County
Frank R. Addy, Jr., Circuit Court Judge

Unpublished Opinion No. 2013-UP-044
Submitted December 3, 2012 – Filed January 30, 2013

**AFFIRMED**

Reginald M. Gilliam, pro se.

Billy J. Garrett, Jr., of The Garrett Law Firm, PC, and Robert Jamison Tinsley, Jr., of Tinsley & Tinsley, P.C., both of Greenwood, for Respondents.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: Rule 12(a), SCRCP ("A defendant shall serve his answer within 30 days after the service of the complaint upon him . . . ."); *Citizens & S. Nat'l Bank of S.C. v. First Palmetto State Bank & Trust Co.,* 279 S.C. 252, 254, 305 S.E.2d 80, 80-81 (1983) ("[O]ne of the most important elements of a Summons is the time it allots for the defendant to appear.").

**AFFIRMED.**[1]

**SHORT, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.